IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ARNETTA SWIFT NEEHILL, | ) | 8:16CV106 |
|---|---|---|
| Petitioner, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| COFFEY, District Judge, and SHERIFF OF DOUGLAS COUNTY, | ) | |
| Respondents. | ) | |

Because Petitioner is no longer in custody, as shown by recent filings in Case Nos. 8:16CV149, 8:16CV150, 8:16CV151 and 8:16CV152, and has not complied with the order to pay the $5.00 filing fee or file a motion to proceed in forma pauperis (Filing No. 3),

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Filing No. 1) is dismissed without prejudice. A separate judgment will be entered.

DATED this 13th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge